WARNER PARTNERS, P.C.
Attorneys for Defendant Administaff Companies II, L.P.
950 3rd Avenue, 32nd fl.
New York, New York 10022-2705
(212) 593-8000
Kenneth E. Warner (KW-5524)
Lewis S. Fischbein (LF-3349)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.B. WATLEY GROUP, INC.<br><br>Plaintiff<br><br>v.<br><br>ADMINISTAFF COMPANIES II L.P.<br><br>Defendant. | CIVIL ACTION NO. 07 CV 3362<br>JUDGE SAND |

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Administaff Companies II L.P. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Adminstaff, Inc. which trades under ASF on the New York Stock Exchange.

Dated and Filed: New York, New York
April 26, 2007
            27

WARNER PARTNERS, P.C.

By: _____
Kenneth E. Warner (KW-5524)
Lewis S. Fischbein (LF-3349)
950 3rd Avenue, 32nd fl.
New York, New York 10022-2705
(212) 593-8000
*Attorneys for Defendant Administaff Companies II, L.P.*

1