Sand, J

WARNER PARTNERS, P.C.
Attorneys for Defendant Administaff Companies II,
950 3rd Avenue, 32nd fl.
New York, New York 10022-2705
(212) 593-8000
Kenneth E. Warner (KW-5524)
Lewis S. Fischbein (LF-3349)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

A.B. WATLEY GROUP, INC.,  §
  §
    Plaintiff,  §
  §
v.  §   07 Civ. 3362 (LBS)
  §
ADMINISTAFF COMPANIES II L.P.,  §
  §
    Defendant.  §

### STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for the parties as follows:

1. Defendant withdraws its Notice of Removal.

2. Defendant's time to answer, move or otherwise appear in this action and/or in the (presently removed) state court action following remand is extended to and including May 18, 2007.

3. Defendant will not contest the sufficiency of service of process of the summons and complaint in the presently removed state court action following remand.

4. This action is to be remanded to the state court.

1

Dated: New York, New York
       May 4, 2007

| LAW OFFICES OF FRANKLIN OGELE | WARNER PARTNERS, P.C. |
|---|---|
| By: _____ | By: _____ |
| Franklin I. Ogele (FO-0040) | Kenneth E. Warner (KW-5524) |
| One Gateway Center, Suite 2600 | Lewis S. Fischbein (LF-3349) |
| Newark, NJ 07102 | 950 3rd Avenue, 32nd fl. |
| (973) 645-0565 | New York, New York 10022-2705 |
| *Attorney for Plaintiff A.B. Watley Group, Inc.* | (212) 593-8000 |
|  | *Attorneys for Defendant Administaff Companies II, L.P.* |

OF COUNSEL:

Barrett H. Reasoner (TBA No. 16641980)
Angus J. Dodson (TBA No. 24034418)
**GIBBS & BRUNS L.L.P.**
1100 Louisiana, Suite 5300
Houston, Texas 77002
(713) 650-8805
*Attorneys for Defendant Administaff Companies II, L.P.*

So Ordered _____
Leonard B. Sand, U.S.D.J.
5/8/07